# Coastal Appraisal South Inc.

P.O.B.O.X.65-0677
Miami.Fl.33265-0677

Email (coastalappraisalsouth@gmail.com )                                                                                   Cell:786-908-2990

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

April 23, 2020

Juan Jose Perez-Mier
97 E 47 St
Hialeah, Fl 33013

Dear Mr. Perez-Mier

An inspection was conducted on the below referenced vehicle to establish condition and market value; our findings are as follows:

**VEHICLE    :    2016 NISSAN**
**MODEL      :    ROUGE-S 2WD-4DRSUV (4CYL)**
**VIN #      :    KNMAT2MTXGP639449**
**TAG #      :    C15 L32**
**MILEAGE    :    94,794**

This vehicle is BELOW condition, has numerous dings-dents-scratches & body damage, front bumper need repairs, prior collision loss, interior soiled, engine cradle bent and exhibits weathering.

N.A.D.A. CLEAN RETAIL VALUE = $ 11,900.00                RECONDITIONING = $ 899.87
///////////////////////////////////////////////////////////////////////////////// DIMINISHING VALUE=$ 1,000.00

Based on the above condition, our professional opinion of market value is $ 10,000.13 Notwithstanding re-conditioning expenses. This figure includes adjustment for high mileage & deduction for diminished value as a result of collisions,

I certify the above appraisal to be accurate as of the above date based upon current automotive and industry standards.

I am not related to any of the parties in this letter neither as creditor, buyer, and seller or otherwise, nor do I have any financial stake in the outcome of this action.

Sincerely yours,

George Hernandez/Appraiser

Cc Robert Sanchez/Attorney at Law