UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Juan Jose Perez Mier          Case No. 20-13622-RAM

    Debtor(s).                        Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value Personal Property with Exhibit and Notice of Hearing was sent to all parties on the attached service list on May 1, 2020.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Juan Jose Perez Mier
97 E 47 Street
Hialeah, FL 33013

Nissan Motor Acceptance Corporation
Bonial & Associates, P.C.
c/o Mukta Suri, Auth. Agent
P.O. Box 9013
Addison, Texas 75001

Nissan Motor Acceptance Corporation
c/o Steven R. Lambert, CEO
8900 Freeport Parkway
Irving, TX 75063-2438

National Bankruptcy Services, LLC
c/o Dalia Mota, Bk. Spec.
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

Nissan Motor Acceptance Corporation
c/o Steven R. Lambert, CEO
NMAC Corporate Office
One Nissan Way
Franklin, TN 37067

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008
    By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161