IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JUAN JOSE PEREZ MIER                              CASE NO. 20-13622-RAM
*AKA* JUAN PEREZ MIER                             CHAPTER 13
*AKA* JUAN J PEREZ MIER
*AKA* JUAN JOSE PEREZ
*AKA* JUAN PEREZ
*AKA* JUAN J PEREZ
                Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Nissan Motor Acceptance Corporation, objects to confirmation and states:

1.  Creditor is the lienholder on the title to the following vehicle:

    2016 Nissan Rogue 2WD;
    VIN: KNMAT2MTXGP639449 ("Vehicle")

2.  Creditor filed Proof of Claim 3-1 in the total amount of $17,599.15.

3.  The Debtor's Plan proposes to value Creditor's secured claim on the Vehicle to $6,500.00, pursuant to 11 U.S.C. §506.

4.  Creditor believes the replacement value of the Vehicle is higher than stated in the Plan, specifically $13,725.00, pursuant to the N.A.D.A. Official Used Car Guide attached hereto as Exhibit "A" and the Court's reasoning in *In re Hauser*, 405 BR 684 (Bankr. S.D. Fla. 2009) (Olson, J.) and *In re Ortiz*, 2007 WL 1176019 (Bankr. S.D. Fla. 2007) (Ray, J.).

5.  Notwithstanding the above, if an agreement cannot be reached amicably between the parties as to the value of the Vehicle, Creditor will conduct an appraisal of the Vehicle prior to an evidentiary hearing.

**WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E: bk@stewartlegalgroup.com
> Counsel for Creditor

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via CM/ECF notice and first-class mail to the parties below this 6th day of May 2020.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Juan Jose Perez Mier
97 E 47 Street
Hialeah, FL 33013

**VIA CM/ECF NOTICE**
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130