

**ORDERED in the Southern District of Florida on June 24, 2020.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Juan Jose Perez Mier                    Case No: 20-13622-RAM
                                                Chapter 13

_____Debtor_____/

### ORDER CONTINUING DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF NISSAN MOTOR ACCEPTANCE CORPORATION ON PERSONAL PROPERTY AND SETTING DEADLINES ECF#17

This case came on to be heard on June 16, 2020 at 9:00 am on the Debtor's Motion to Value and Determine Status of Lien of Nissan Motor Acceptance Corporation [ECF #17] and based on the record, it is

ORDERED as follows;

    1.    That Motion to Value is continued to July 21, 2020 at 9:00 am as follows: Until further notice or unless directed otherwise, the court will ONLY hold telephonic hearings. To arrange an appearance call Court Solutions: (917) 746-7476.

> Visit the court website for further information. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients NOT to appear at the courthouse.

2. That the Debtor(s) will provide the Creditor a copy of their appraisal or valuation support within 7 Days after the date of the first hearing set on this matter unless the documentation was attached to the motion or served on the Creditor prior to the first hearing.

3. That the Debtor(s) will make the collateral available for inspection and appraisal to the Creditor within 21 Days of the date of the first hearing set on this matter at a mutually agreed upon time and date.

4. The Creditor will provide a copy of its appraisal to the Debtor or the attorney for the Debtor at least 7 days prior to the continued hearing.

5. Failure to comply with this order, including refusing to provide access to the collateral or timely providing an appraisal, may result in the limiting or striking of evidence and testimony at the valuation hearing; the Court may limit the evidence at trial to the information exchanged prior to the second hearing. Alternatively, the Court may rule on valuation at the continued hearing rather than setting a separate evidentiary proceeding.

6.        If either party wishes to raise any legal issue regarding the motion, they shall file a notice or objection with a brief summary of the issue at least 2 business days prior to the continued hearing unless a written objection to the motion to value or objection to confirmation setting forth the legal issue is already on docket.

###

**Copies furnished to:**

*The law office of Robert Sanchez shall serve a copy of this order on all interested parties and file a certificate of service with the clerk of the court.*