

**ORDERED in the Southern District of Florida on August 12, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Juan Jose Perez Mier ,
        Debtor.
_____/

CASE NO.  20-13622-RAM

ORDER SETTING DEADLINES TO AVOID DISMISSAL

THIS CASE came on to be heard on August 11, 2020 on confirmation of the proposed plan, and the Trustee having recommended that the case be dismissed if documents or amendments were not provided or filed timely, and the debtor attorney agreeing to the Trustee's recommendation, and based on the record, it is

ORDERED as follows:

1. The **Trustee may upload an order of dismissal UNLESS on or before 5 pm on Thursday August 27, 2020, the debtor provides to the Trustee or files with the Court as appropriate:** Remains unresolved from 7/11 deficiency1)  Amend plan to correct last 4 digits of

account number for Nissan to Section VI (lease #0745, claim #15)

###

ORDER SUBMITTED BY:
NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

COPIES FURNISHED THROUGH ECF TO:
ATTORNEY FOR DEBTOR