UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number:  20-13622

Juan Jose Perez Mier
    Debtor
_____/

NOTICE OF COMPLIANCE WITH ORDER SETTING DEADLINES (ECF# 38)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Notice of Compliance with Order Setting Deadlines (ECF # 38) as the Debtor has provided the documents required to avoid dismissal but additional documents may still be due prior to confirmation.

RESPECTFULLY SUBMITTED:
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy E. Carrington, Esq.
*Senior Staff Attorney*
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Compliance was served through NEF on Robert Sanchez debtor's  on August 31, 2020

/s/_____
Amy E Carrington, Esq